UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| THE ESTATE OF ATTORNEY SIMON M. BUENAVENTURA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) 2:23-cv-00211-JDL ) |
| EXECUTIVE OFFICE OF THE PRESIDENT, et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

Ian R. Buenaventura, the son of the late Simon M. Buenaventura, brought this *pro se* action in the name of his deceased father's Estate in May 2023. He contends in the Complaint (ECF No. 1) that, among other things, the Defendants have violated a variety of state, federal, and international laws and that the Defendants retaliated against the late Simon Buenaventura.

Pursuant to 28 U.S.C.A. § 1915(e)(2) (West 2023), United States Magistrate Judge John C. Nivison conducted a preliminary review of the Complaint and filed his Recommended Decision with the Court on June 5, 2023 (ECF No. 6). *See* 28 U.S.C.A. § 636(b)(1)(B) (West 2023); Fed. R. Civ. P. 72(b). The Plaintiff sought, and was granted, an extension of time to file an Objection to the Recommended Decision (ECF Nos. 7, 8). The Plaintiff ultimately filed an Objection to the Recommended Decision on July 11, 2023 (ECF No. 13).

I have reviewed and considered the Recommended Decision, together with the entire record, and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge. I concur with the recommendations of the Magistrate Judge for the reasons set forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 6) of the Magistrate Judge is hereby **ACCEPTED,** and the Plaintiff's Complaint (ECF No. 1) is **DISMISSED**.

**SO ORDERED.**

**Dated this 4th day of August, 2023.**

                                                                /s/ Jon D. Levy
                                           **CHIEF U.S. DISTRICT JUDGE**